# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## CINCINNATI DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. **07-12932-JPH** |
| | § | |
| **DRAIN, DOROTHY RENEE** | § | Chapter **7** |
| | § | |
| | § | Judge: **HOPKINS** |
| Debtor(s). | § | |

**NOTICE TO THE CLERK OF UNCLAIMED DIVIDENDS**

**TO THE CLERK OF THE COURT:**

The attached check in the amount of $326.90 represents the total sum of unclaimed dividends in this estate and is paid to the court pursuant to 11 U.S.C. Sec. 347(a) and FRBP 3010.  The name(s) and addresses of the parties entitled to those unclaimed dividends are as follows:

| Creditor Name and Address | Claim No. | Amount of Dividend |
|---|---|---|
| Shayanto Ventures LLC<br>DBA Direct Buy of Cincinnati<br>6831 Ashfield Drive<br>Cincinnati, Ohio 45014 | 000013 | 291.03 |
| Time Warner Cable<br>PO Box 740201<br>Cincinnati, Ohio 45274 | 000003 | 35.87 |

Dated: 3/29/10

/s/ Eric W. Goering
Eric W. Goering

cc:     U.S. Trustee